# United States District Court
## Violation Notice

CVB Location Code: MD59

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3645040 | McKinzy | 1396 |

3645040

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR □USC □State Code |
|---|---|
| 12/11/12 11:52 | 45 Sec 3.3 |

Place of Offense

NIH 8 Dock

Offense Description: Factual Basis for Charge    HAZMAT □

Failure to Obey official Sign
(No Parking Areline)

### DEFENDANT INFORMAT▮

| Last Name | First Name | M.I. |
|---|---|---|
| Federal Express | Corporation | |

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|
| 37F579 | MD | 98 | TRK. | | white |

A □ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 50.00 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 75.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address: | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)    Original - CVB Copy

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

□ my personal observation    □ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident